UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRYAN J. PARENT,

      Plaintiff,

 v.

ISLAND COUNTY SUPERIOR COURT, *et al*.,

      Defendants.

Case No. C19-575-TSZ

ORDER DISMISSING CIVIL RIGHTS ACTION

  The Court, having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, docket no. 9, to which no objection was filed, hereby finds and ORDERS as follows:

  (1) The Report and Recommendation is ADOPTED.

  (2) Plaintiff's amended complaint (docket # 6) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure of Plaintiff to state a cognizable claim for relief under 42 U.S.C. § 1983.

//

//

//

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Michelle L. Peterson, and to CLOSE this case.

DATED this 20th day of September, 2019.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 2